# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES BENTON, | Civil No. 3:21-cv-1136 |
| Plaintiff | (Judge Mariani) |
| v. | |
| M. MURTHA, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this _18_ day of May, 2022, upon consideration of Defendants' partial motion (Doc. 18) to dismiss, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 18) is **GRANTED**.

2. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge